THE STATE OF OHIO, APPELLEE, *v.* DURR, APPELLANT.

[Cite as *State v. Durr* (1997), 77 Ohio St.3d 444.]

(No. 96–1581—Submitted December 11, 1996—Decided February 19, 1997.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Carmen M. Marino,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, and *William S. Lazarow,* Assistant Public Defender, for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals denying appellant's application for reopening. Appellant has failed to establish the existence of a colorable claim of ineffective assistance of appellate counsel under *Strickland v. Washington* (1984), 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674. We further reject appellant's propositions of law raised before this court for the same reasons articulated by the court of appeals.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.